```
                          United States Bankruptcy Court
                                 District of Nevada
In re:                                                         Case No. 19-51014-btb
BRANDON S. LYMAN                                               Chapter 7
SHAYLEE M. LYMAN
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0978-3       User: youngbloo           Page 1 of 2        Date Rcvd: Aug 29, 2019
                           Form ID: 309A             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db/jdb         +BRANDON S. LYMAN,    SHAYLEE M. LYMAN,    520 LAFOND AVE.,    DAYTON, NV 89403-9796
10910539       +BUS&PROF COL,    Acct No xxx5451,    816 S CENTER ST,    RENO, NV 89501-2306
10910540       +BUS&PROF COL,    Acct No xxx0705,    816 S CENTER ST,    RENO, NV 89501-2306
10910538       +BUS&PROF COL,    Acct No xxx5450,    816 S CENTER ST,    RENO, NV 89501-2306
10910541       +CAL VADA TOWING,    1408 PITTMAN AVE.,    Sparks, NV 89431-5617
10910542       +CARSON TAHOE EMERGENCY PHYS,    PO BOX 95728,    Oklahoma City, OK 73143-5728
10910543       +CARSON TAHOE HEALTH,    PO BOX 2227,    Carson City, NV 89702-2227
10910545       +CC COLL SVC,    Acct No xxx0514,    8860 W SUNSET,    LAS VEGAS, NV 89148-4898
10910544       +CC COLL SVC,    Acct No xxx3026,    8860 W SUNSET,    LAS VEGAS, NV 89148-4898
10910546       +CHECK N GO,    7755 MONTGOMERY ROAD, STE. 400,    Cincinnati, OH 45236-4197
10910547       +COLLECTION SERVICE/NEV,    Acct No xxxxxxxxxxxx4830,    777 FOREST ST,    RENO, NV 89509-1711
10910549       +DEBT REC SOL,    Acct No xxxxxxxxxxxx3876,    6800 JERICHO TURNPIKE,    SYOSSET, NY 11791-4436
10910552       +HARRY'S QUALITY CARS,    9200 S. VIRGINIA ST.,    Reno, NV 89511-8907
10910553       +HSP CLCT SVC,    Acct No xxx0445,    816 S CENTER ST,    RENO, NV 89501-2306
10910555       +KNOTTS BERRY FARM,    8039 BEACH BLVD.,    Buena Park, CA 90620-3225
10910556       +MILNE TOWING SERVICES,    1700 MARIETTA WAY,    Sparks, NV 89431-6062
10910557       +MONEY TREE,    PO BOX 58363,    Seattle, WA 98138-1363
10910558       +MONEY TREE,    1475 PRATER WAY, SUITE 109,    Sparks, NV 89434-6919
10910559       +NEVADA WEST FINANCIAL/,    Acct No x8887,    6767 W TROPICANA AVE,    LAS VEGAS, NV 89103-4754
10910563       +SUMMIT COLLECTION SERVICES,    491 COURT STREET,    Reno, NV 89501-1708
10910564       +TITLE MAX TITLE LOANS,    900 W.5TH AVE.,    Reno, NV 89503-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: kad@darbylawpractice.com Aug 30 2019 03:10:30     KEVIN A. DARBY,
                 DARBY LAW PRACTICE, LTD.,    4777 CAUGHLIN PKWY,    RENO, NV 89519
tr             +EDI: BCWLOVATO.COM Aug 30 2019 06:58:00     CHRISTINA W. LOVATO,    P.O. BOX 18417,
                 RENO, NV 89511-0417
ust            +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Aug 30 2019 03:10:42      U.S. TRUSTEE - RN - 7,
                 300 BOOTH STREET, STE 3009,    RENO, NV 89509-1362
10910536       +EDI: AARGON.COM Aug 30 2019 06:58:00     AARGON COLLECTION AGEN,    Acct No xxxxxx3136,
                 3025 W SAHARA,    LAS VEGAS, NV 89102-6094
10910537       +EDI: BANKAMER2.COM Aug 30 2019 06:58:00     BANK OF AMERICA,    PO BOX 25118,
                 Tampa, FL 33622-5118
10910548       +E-mail/Text: scott@creditconcepts.com Aug 30 2019 03:10:59     CREDIT CONCEPTS,
                 Acct No xxxxx1121,    220 W 7TH AVE,    EUGENE, OR 97401-2664
10910550       +EDI: DCI.COM Aug 30 2019 06:58:00     DIVERSIFIED CONSULTANT,    Acct No xxxx7275,
                 P O BOX 551268,    JACKSONVILLE, FL 32255-1268
10910551       +E-mail/Text: bknotice@ercbpo.com Aug 30 2019 03:10:49     ENHANCED RECOVERY CO L,
                 Acct No xxxxx5593,    8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
10910554       +EDI: IRS.COM Aug 30 2019 06:58:00     INTERNAL REVENUE SERVICE,    PO BOX 7346,
                 Philadelphia, PA 19101-7346
10910560       +E-mail/Text: jmhogle@investmentserv.com Aug 30 2019 03:10:40     PAYCHECK ADVANCE,
                 75 W. PLUMB LANE,    Reno, NV 89509-3539
10910561       +E-mail/Text: bankruptcy@speedyinc.com Aug 30 2019 03:10:38     RAPID CASH,
                 3611 NORTH RIDGE DR.,    Wichita, KS 67205-1214
10910562       +E-mail/Text: spcc@renown.org Aug 30 2019 03:11:07     RENOWN,    PO BOX 30006,
                 Reno, NV 89520-3006
10910566        EDI: USBANKARS.COM Aug 30 2019 06:58:00     US BANK,    PO BOX 1800,    Saint Paul, MN 55101
10910565        EDI: USBANKARS.COM Aug 30 2019 06:58:00     US Bank,    4325 17th Ave. S,    Fargo, ND 58125
10910567       +EDI: WFFC.COM Aug 30 2019 06:58:00     WELLS FARGO,    PO BOX 54349,
                 Los Angeles, CA 90054-0349
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                Signature:  /s/Joseph Speetjens

```
District/off: 0978-3          User: youngbloo            Page 2 of 2               Date Rcvd: Aug 29, 2019
                              Form ID: 309A              Total Noticed: 36
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:

```
              CHRISTINA W. LOVATO    trusteelovato@att.net,  NV26@ecfcbis.com
              KEVIN A. DARBY    on behalf of Joint Debtor SHAYLEE M. LYMAN kad@darbylawpractice.com,
               tricia@darbylawpractice.com;jill@darbylawpractice.com;makayla@darbylawpractice.com;sam@darbylawpr
               actice.com
              KEVIN A. DARBY    on behalf of Debtor BRANDON S. LYMAN kad@darbylawpractice.com,
               tricia@darbylawpractice.com;jill@darbylawpractice.com;makayla@darbylawpractice.com;sam@darbylawpr
               actice.com
              U.S. TRUSTEE - RN - 7     USTPRegion17.RE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **BRANDON S. LYMAN**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3913<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **SHAYLEE M. LYMAN**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7135<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Nevada** | | Date case filed for chapter  7   8/28/19 |
| Case number:   **19–51014–btb** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | BRANDON S. LYMAN | SHAYLEE M. LYMAN |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 520 LAFOND AVE.<br>DAYTON, NV 89403 | 520 LAFOND AVE.<br>DAYTON, NV 89403 |
| 4. | **Debtor's attorney**<br>Name and address | KEVIN A. DARBY<br>DARBY LAW PRACTICE, LTD.<br>4777 CAUGHLIN PKWY<br>RENO, NV 89519 | Contact phone (775) 322–1237<br>Email: kad@darbylawpractice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINA W. LOVATO<br>P.O. BOX 18417<br>RENO, NV 89511 | Contact phone (775) 851 1424 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page 1

Debtor  **BRANDON S. LYMAN**  and  **SHAYLEE M. LYMAN**                                                          Case number **19–51014–btb**

| 6. | **Bankruptcy clerk's office** | 300 Booth Street<br>Reno, NV 89509 | Office Hours: 9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone: (775) 326–2100<br><br>Date: 8/29/19 |
| 7. | **Meeting of creditors** | **October 3, 2019 at 10:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **300 Booth Street, Room 3087, Reno, NV 89509** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/2/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                 page **2**